## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JOY CASTRO | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 3:11-cv-0022 |
| | ) |
| NORTHERN ASSET MANAGEMENT, | ) |
| LLC AND FRANK SANTIAGO | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Voluntary Dismissal of Case Without Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 15th day of July. 2011

Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (888) 595-9111 ext. 227
Facsimile: (866) 565 1327
Email: PGauibao@AttorneysForConsumers.com

Notice Filed electronically on this 15th day of July. 2011, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia