# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOY CASTRO | ) |
| | ) NO. 3:11-0022 |
| v. | ) JUDGE SHARP |
| | ) |
| NORTHERN ASSET MANAGEMENT, | ) |
| LLC, et al. | ) |

## O R D E R

Pursuant to the Notice of Dismissal (Docket Entry No. 11) filed by Plaintiff, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE