UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

JOY CASTRO )
)
) NO. 3:11cv0022
v. ) JUDGE SHARP
)
NORTHERN ASSET MANAGEMENT, )
LLC, et al. )

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/27/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk